# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| PASQUALE LONGORDO,<br><br>        Plaintiff,<br>v.<br><br><br>UNITED RECOVERY SYSTEMS, LP.,<br><br><br>        Defendant. | Case No. 13-11326<br><br>Hon. Sean F. Cox |

## STIPULATED ORDER OF DIMISSAL WITH PREJUDICE
## NUN PRO TUNC

This matter having been amicably resolved between the parties and the Court being fully advised;

**IT IS HEREBY ORDERED** that this matter was amicably resolved between the parties on or about August 20, 2013; and the above entitled cause of action is dismissed in its entirety with prejudice and without costs to any party.

**This Order resolves all pending claims and closes the case in its entirety.**

**Dated: September 12, 2013**               s/ Sean F. Cox
                                                                           Sean F. Cox
                                                                           U. S. District Judge

The undersigned stipulate to entry of the foregoing Order:

| | |
|---|---|
| /s/ Rex C. Anderson | /s/ Steven A. Siman *w/ consent* |
| Rex C. Anderson (P47068) | Steven A. Siman (P20480) |
| Attorney for Plaintiff | Attorney for Defendant |
| Rex Anderson, P.C. | Law Offices of Steven A. Siman, P.C. |
| 9459 Lapeer Rd., Ste 101 | 3250 W. Big Beaver Rd., Ste 344 |
| Davison, MI 48423 | Troy, MI 48084 |
| 810-653-3300 | 248-643-4700 |
| mied@rexandersonpc.com | sas@simanlaw.net |